1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS M. NEWMAN (CTBN 422187)
4  Assistant United States Attorney
       9th Floor Federal Building
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6805
       Fax:        (415) 436-6748
7
   Attorneys for the United States of America
8
           IN THE UNITED STATES DISTRICT COURT FOR THE
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA and      )
   | DONNA DILORETO, Revenue Officer,  )   NO.
13 |                                    )
   |            Petitioners,            )   VERIFIED PETITION TO
14 |                                    )   ENFORCE INTERNAL
   |        v.                          )   REVENUE SERVICE SUMMONS
15 |                                    )
   | ELLIS RAY MOSELEY,                )
16 |                                    )
   |            Respondent.             )
17 | _____ )

18     Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **DONNA**

19 **DILORETO**, allege and petition as follows:

20     1.     This proceeding is brought and this Court has jurisdiction hereof under Sections

21 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

22     2.     Petitioner **DONNA DILORETO** is and at all times mentioned herein was an

23 employee and officer of the Internal Revenue Service of the United States Department of the

24 Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions

25 described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and

26 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and

27 301.7603-1).

28

3.    Petitioner **DONNA DILORETO** is and at all times mentioned herein was attempting in the course of authorized duties to determine and collect certain federal tax liabilities of **ELLIS RAY MOSELEY** for the tax year of 2004, 2005 and 2006.

4.    Petitioner **DONNA DILORETO** is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to attempt to determine and collect the aforementioned federal tax liabilities of **ELLIS RAY MOSELEY**, for the period stated in paragraph 3 above.

5.    Respondent **ELLIS RAY MOSELEY**'s last known address is P.O. Box 1148, Redwood City, CA 94064-1148, which is within the venue of this Court.

6.    Petitioner **DONNA DILORETO** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7.    On October 19, 2007, in accordance with law, Petitioner **DONNA DILORETO** served a summons on respondent **ELLIS RAY MOSELEY** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by handing an attested copy of the summons at the last and usual place of abode of the respondent **ELLIS RAY MOSELEY**.  The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

8.    The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the determination and collection of the above-mentioned federal tax liabilities of **ELLIS RAY MOSELEY** for the years stated in paragraph 3 above.  It was and now is essential to completion of petitioner's inquiry regarding the determination and collection of the above-mentioned federal tax liabilities of **ELLIS RAY MOSELEY** for the years stated in paragraph 3 above that respondent produce the items demanded by said summons.

///

1        9.    The respondent did not appear on November 19, 2007, as requested in the

2    summons.

3        10.    By letter dated November 28, 2007, respondent **ELLIS RAY MOSELEY** was

4    provided with another opportunity to comply by appearing for an appointment with Petitioner

5    **DONNA DILORETO** on December 10, 2007.  See <u>Exhibit B</u>.

6        11.    As of the date of this petition, the respondent has failed to comply with the

7    summons.

8        12.    All administrative steps required by the Internal Revenue Code for issuance of the

9    summons have been taken.

10       13.    There has been no referral to the Department of Justice  for criminal prosecution

11   of the matters described in the summons.

12       **WHEREFORE**, having stated in full their petition against the respondent, petitioners

13   pray for enforcement of the subject summons as alleged and set forth above, as follows:

14       A.    That the named respondent herein be ordered to appear and show cause before this

15   Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a)

16   to give such testimony and to produce such items as are required in the herein above-described

17   summons;

18       B.    That respondent be ordered by the Court to appear before the petitioner **DONNA**

19   **DILORETO** or any other designated officer, at a time and place directed by the Court and then

20   and there give such testimony and produce such items as is required by the summons; and

21       C.    That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs

22   in this proceeding and such other and further relief as may be necessary and proper.

23                            SCOTT N. SCHOOLS
                         United States Attorney

24

25

26                            THOMAS M. NEWMAN

27                            Assistant United States Attorney
                         Tax Division

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>V E R I F I C A T I O N</u>

I, **DONNA DILORETO**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the Redwood City, California office of the Internal Revenue Service of the United States Treasury Department.  I am one of the petitioners making the foregoing petition.  I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12-28-07___ at Redwood City, California.


_____
**DONNA DILORETO**



# Summons

## Income Tax Return

**In the matter of** ELLIS RAY MOSELEY
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 7 (27)
**Periods:** Form 1040 for the calendar period ending December 31, 2004, December 31, 2005, December 31, 2006

### The Commissioner of Internal Revenue

**To:** ELLIS RAY MOSELEY
**At:** PO BOX 1148, REDWOOD CITY, CA 94064-1148

You are hereby summoned and required to appear before DONNA DILORETO, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2004, 2005, 2006

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2004, 2005, 2006

We have attached a blank return to guide you in producing the necessary documents and records.

---

### Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

700 JEFFERSON, 2ND FLOOR, REDWOOD CITY, CA 94063-1833 (650) 298-0430

**Place and time for appearance:** At 700 JEFFERSON, 2ND FLOOR, REDWOOD CITY, CA 94063-1833

**IRS**

on the 19th day of November , 2007 at 10:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 19th day of October , 2007

**Department of the Treasury**
**Internal Revenue Service**

www.irs.gov

Form 6638 (Rev.4-2005)
Catalog Number 61828W

DONNA DILORETO
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

Exhibit A

Original -- to be kept by IRS



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|------|------|
| 10-19-07 | 1:20 pm |

**How**  ☑  I handed an attested copy of the summons to the person to whom it was directed.

**Summons**

**Was**  ☐  I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

**Served**

| Signature | Title |
|-----------|-------|
| J. DiSanto | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
| J. DiSanto | Revenue Officer |



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5168
FAX (415) 227-5159

NOV 2 8 2007          CC:SB:7:SF:1:GL-151980-07
                      BSLaurie

Ray Moseley
1122 Ruby Street
Redwood City, CA 94061

Dear Mr. Moseley:

The Small Business/Self-Employed Area: Area Collection
office of the Internal Revenue Service has notified our office
that you did not comply with the provisions of the summonses
served on you on October 19, 2007. Copies of those summonses
are enclosed. Under the terms of the summonses, you were
required to appear before Revenue Officer Donna DiLoreto on
November 19, 2007.

Legal proceedings may be brought against you in the United
States District Court for not complying with these summonses.
To avoid such proceedings, you are to appear before Revenue
Officer:

         Name:    Donna DiLoreto
         Date:    December 10, 2007
         Time:    9:00 A.M.
      Address:    700 Jefferson Ave., 2nd Floor
                  Redwood City, CA 94063

Exhibit B

CC:SB:7:SF:1:GL-151980-07        - 2 -

    Any books, records or other documents called for in the
summonses should be produced at that time.  If you have any
questions, please contact Revenue Officer Donna DiLoreto at
(650) 298-0430, extension 105.


                        Sincerely,


                   /s/   /s/ Thomas R. Mackir...
        By: _____
                   THOMAS R. MACKINSON
                   Associate Area Counsel (San
                   Francisco, Group 1)
                   (Small Business/Self-Employed)

Enclosures (2):
    Summons (Income Tax Return) originally served on October
        19, 2007
    Summons (Collection Information Statement) originally
        served on October 19, 2007


CC:  Revenue Officer Donna DiLoreto