JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:   (415) 436-6805
  Fax:              (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,**<br><br>      **Petitioners,**<br><br>    v.<br><br>**ELLIS RAY MOSELEY,**<br><br>      **Respondent.** | **Case No.: 3:08-cv-00108-JL**<br><br>**MOTION TO CHANGE TIME** |

       Pursuant to Civil L.R. 6-3, petitioners request an extension until April 16, 2008, of the Order to Show Cause hearing currently scheduled for March 12, 2006.  (Dckt. No. 3.) Petitioners request this change in time because respondent, Ellis Ray Moseley, is in the process of complying with the IRS summons, but it is unlikely that Mr. Moseley can provide all of the requested information by March 12, 2008.  For that reason, the change in time may allow the parties to resolve this matter informally, without the need for a hearing.[1]

       As noted in the attached declaration, while respondent consents to this change in time petitioners were unable to obtain a stipulation.  No other requests to change time have been made

---

[1] Petitioners will file promptly a Notice of Dismissal in accordance with Fed. R. Civ. P. 42 if this matter is resolved before that date.

*Motion for Change of Time*
Case No. 03:08-cv-108-JL

in this case.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

**CERTIFICATE OF SERVICE**

The undersigned further certifies that I caused a copy of the Motion to Change Time, Proposed Order, and attached declaration by First Class Mail on the following:

Ellis Ray Moseley
1122 Ruby Street
Redwood City, CA 94061

Executed on **February 27, 2008** at San Francisco, California.

/s/ Thomas M. Newman
THOMAS M. NEWMAN
ASSISTANT UNITED STATES ATTORNEY

*Motion for Change of Time*
Case No. 03:08-cv-108-JL