```
 1  SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    THOMAS M. NEWMAN (CTBN 422187)
 4  Assistant United States Attorney
      9th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
 6    Telephone:  (415) 436-6805
      Fax:        (415) 436-6748
 7
    Attorneys for the United States of America
 8
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,<br><br>　　　　Petitioners,<br><br>　v.<br><br>ELLIS RAY MOSELEY,<br><br>　　　　Respondent. | NO.  C-08-00108-JL<br><br>**PROOF OF SERVICE AND DECLARATION OF JOHN BRIERY** |

I, John Briery, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

　　　1.　　I am a Revenue Officer for the Internal Revenue Service of the United States Department of Treasury.

　　　2.　　On January 25, 2008, at approximately 7:40 a.m., I personally served a copy of the Verified Petition to Enforce Internal Revenue Service Summons, a copy of the Order To Show Cause Re Enforcement of Internal Revenue Services Summons, and the Case Management Conference Order, together with other documents from the Court, on Ray Moseley, at 1122 Ruby Street, Redwood City, CA.

　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　Executed on __25th__ day of __January__, 2008, at __Redwood City__, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/ John Briery
　　　　　　　　　　　　　　　　　　　　　　　JOHN BRIERY

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**PROOF OF SERVICE AND DECLARATION OF JOHN BRIERY**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____    **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Ray Moseley
1122 Ruby Street
Redwood City, CA. 94061

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **January 25, 2008** at San Francisco, California.

                    /s/ Kathy Tat
                    **KATHY TAT**
                    **Legal Assistant**