**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>DONNA DILORETO, Revenue Officer,<br><br>   Petitioners,<br><br>   v.<br><br>ELLIS RAY MOSELEY,<br><br>   Respondent. | )<br>) Case No.: 3:08-CV-00108-JL<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>) |

Good cause having been shown by the petitioners in their motion to change time, it is hereby:

**ORDERED** that respondent Ellis Ray Moseley appear before this Court on the 16th day of April, 2008, at 9:30 a.m., in Courtroom No. F, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons served upon respondent; and it is further

**ORDERED** that by March 11, 2008, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioners may file and serve a written reply to such response, if any, by April 2, 2008.

**ORDER CHANGING TIME**                    1

**ORDERED** this 5TH day of ~~February~~ March, 2008, at San Francisco, California.

_____
**JAMES LARSON
UNITED STATES MAGISTRATE JUDGE**

ORDER CHANGING TIME 2