1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3     9th Floor Federal Building
      450 Golden Gate Avenue, Box 36055
4     San Francisco, California  94102
      Telephone:   (415) 436-6805
5     Fax:         (415) 436-6748

6  Attorneys for the United States of America

7

8  **IN THE UNITED STATES DISTRICT COURT FOR THE**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

12 **UNITED STATES OF AMERICA and** )
   **DONNA DILORETO, Revenue Officer,** )   NO.  C-08-00108-JL
                                       )
13        **Petitioners,**              )   **STIPULATION AND**
                                       )   **PROPOSED ORDER**
14        v.                           )
                                       )
15 **ELLIS RAY MOSELEY,**               )
                                       )
16        **Respondent.**               )
                                       )

17

18                            STIPULATION

19        Petitioners filed this case on January 7, 2008, seeking enforcement of an IRS summons

20 served on respondent.  On February 27, 2008, petitioners moved to continue the Order to Show

21 Cause hearing previously scheduled for March 12, 2008, which has been continued until April

22 16, 2008.  Petitioners' motion was granted, and was premised on respondent's continuing efforts

23 to comply with the IRS summons at issue.  The parties agree that respondent, Ellis Ray Moseley,

24 has partially complied with the IRS summons, and that additional time is needed to fully comply

25 with the summons.  For that reason, the parties request that the Order to Show Cause hearing and

26 the case management conference, currently scheduled for April 16, 2008, at 9:30 a.m. and 10:30

27 a.m., respectively, be continued until June 4, 2008, at 9:30 a.m., for the Order to Show Cause

28 hearing, and June 18, 2008, at 10:30 a.m., for the case management conference.

Stipulation to Continue
Case No. 08-cv-108-JL

```
 1
 2
 3   Dated: 4/3/08
 4
 5
 6
 7
 8
 9
10   Dated: 4/9/08
11
12
```

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division
Attorneys for United States of America


*[signature]*
RAY MOSELEY
Respondent

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>ELLIS RAY MOSELEY,<br><br>Respondent. | NO. C-08-00108-JL<br><br>ORDER |

In accordance with the parties' stipulation, the Order to Show Cause hearing is continued until June 4, 2008, at 9:30 a.m., and the Case Management Conference is continued until June 18, 2008, at 10:30 a.m.

IT IS SO ORDERED.

Dated: April __, 2008

_____
JAMES LARSON
Chief United States Magistrate Judge

Stipulation to Continue
Case No. 08-cv-108-JL