| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | THOMAS M. NEWMAN (CTBN 422187)<br>Assistant United States Attorney |
| 3 | 9th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055 |
| 4 | San Francisco, California  94102<br>Telephone:   (415) 436-6805 |
| 5 | Fax:            (415) 436-6748 |

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>DONNA DILORETO, Revenue Officer, | ) <br> ) | NO.  C-08-00108-JL |
| Petitioners, | ) <br> ) <br> ) | STIPULATION AND<br>PROPOSED ORDER |
| v. | ) <br> ) | |
| ELLIS RAY MOSELEY, | ) <br> ) | |
| Respondent. | ) <br> ) | |

## STIPULATION

Petitioners filed this case on January 7, 2008, seeking enforcement of an IRS summons served on respondent.  On February 27, 2008, petitioners moved to continue the Order to Show Cause hearing previously scheduled for March 12, 2008, which has been continued until April 16, 2008.  Petitioners' motion was granted, and was premised on respondent's continuing efforts to comply with the IRS summons at issue.  The parties agree that respondent, Ellis Ray Moseley, has partially complied with the IRS summons, and that additional time is needed to fully comply with the summons.  For that reason, the parties request that the Order to Show Cause hearing and the case management conference, currently scheduled for April 16, 2008, at 9:30 a.m. and 10:30 a.m., respectively, be continued until June 4, 2008, at 9:30 a.m., for the Order to Show Cause hearing, and June 18, 2008, at 10:30 a.m., for the case management conference.

Stipulation to Continue
Case No. 08-cv-108-JL

```
 1
 2                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
 3   Dated: 4/3/08

 4                                              /s/ Thomas M. Newman
                                                THOMAS M. NEWMAN
 5                                              Assistant United States Attorney
                                                Tax Division
 6                                              Attorneys for United States of America

 7

 8

 9
     Dated: 4/9/08
10                                              [signature]
11                                              RAY MOSELEY
                                                Respondent
12
13
...
28
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,**  Petitioners,  v.  **ELLIS RAY MOSELEY,**  Respondent. | NO. C-08-00108-JL  **ORDER** |

In accordance with the parties' stipulation, the Order to Show Cause hearing is continued until June 4, 2008, at 9:30 a.m., and the Case Management Conference is continued until June 18, 2008, at 10:30 a.m.

IT IS SO ORDERED.

Dated: April 11, 2008

_____
JAMES LARSON
Chief United States Magistrate Judge

Stipulation to Continue
Case No. 08-cv-108-JL