1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone:  (415) 436-6805
5   Fax:        (415) 436-6748

6  Attorneys for the United States of America

7

8              **IN THE UNITED STATES DISTRICT COURT FOR THE**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN FRANCISCO DIVISION**

11

12 | **UNITED STATES OF AMERICA and** | )
   | **DONNA DILORETO, Revenue Officer,** | ) Case No.: 3:08-cv-00108-JL
13 |                                    | )
   |             **Petitioners,**       | )
14 |                                    | )
   |              v.                    | )
15 |                                    | ) **MOTION TO CHANGE TIME**
   | **ELLIS RAY MOSELEY,**             | )
16 |                                    | )
17 |             **Respondent.**        | )
   |_____| )

18

        Pursuant to Civil L.R. 6-3, petitioners request an extension until July 9, 2008, of the
19
   Order to Show Cause hearing currently scheduled for June 4, 2008. As noted in petitioners'
20
   earlier motion, petitioners request this change in time because respondent, Ellis Ray Moseley,
21
   has been in the process of complying with the IRS summons at issue in this case.
22
        This continuance request is based in part on the attached declaration of Thomas M.
23
   Newman. As noted in the attached declaration, the government believes that respondent is
24
   making continual efforts to comply with the summons, which requests information spanning
25
   several years. Respondent has also stated, and the IRS Revenue has confirmed, that
26
   respondent's accountant is assisting in these compliance efforts.
27

28

*Motion for Change of Time*
Case No. 03:08-cv-108-JL

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

### CERTIFICATE OF SERVICE

The undersigned further certifies that I caused a copy of the Motion to Change Time, Proposed Order, and attached declaration by First Class Mail on the following:

Ellis Ray Moseley
1122 Ruby Street
Redwood City, CA 94061

Executed on **May 29, 2008** at San Francisco, California.

/s/ Thomas M. Newman
THOMAS M. NEWMAN
ASSISTANT UNITED STATES ATTORNEY

*Motion for Change of Time*
Case No. 03:08-cv-108-JL