IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>DONNA DILORETO, Revenue Officer,<br><br>    Petitioners,<br><br>    v.<br><br>ELLIS RAY MOSELEY,<br><br>    Respondent. | )<br>) Case No.: 3:08-CV-00108-JL<br>)<br>)<br>)<br>) [PROPOSED] ORDER<br>)<br>)<br>)<br>) |

    Good cause having been shown by the petitioners in their motion to change time, it is hereby:

    **ORDERED** that respondent Ellis Ray Moseley appear before this Court on the 9th day of July, 2008, at 9:30 a.m., in Courtroom No. F, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons served upon respondent.

1 |     **ORDERED** this __ 30 __ day of May ____, 2008, at San Francisco, California.

                                    *[signature: James Larson]*
                                _____
                                **JAMES LARSON**
                                **UNITED STATES MAGISTRATE JUDGE**

**ORDER CHANGING TIME**                          2