JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6805
Fax: (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,** | ) | **NO. C-08-00108-JL** |
| **Petitioners,** | ) | **STIPULATION OF DISMISSAL** |
| **v.** | ) | |
| **ELLIS RAY MOSELEY,** | ) | |
| **Respondent.** | ) | |

STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties stipulate to dismissal of the above-titled action.

Jun 17 08 12:19p Case 3:08-cv-00108-JL Document 14 Filed 06/17/2008 Page 2 of 2 p.2

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 6/17/08

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division
Attorneys for United States of America

Dated: 6/17/08

RAY MOSELEY
Respondent

Stipulation to Dismiss
Case No. 08-cv-108-JL