1 JOSEPH P. RUSSONIELLO
United States Attorney
2 THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
3   9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
  Telephone: (415) 436-6805
5   Fax:      (415) 436-6748

6 Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer, | NO. C-08-00108-JL |
| Petitioners, | STIPULATION OF DISMISSAL |
| v. | |
| ELLIS RAY MOSELEY, | |
| Respondent. | |

### STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties stipulate to dismissal of the above-titled action.

Stipulation to Dismiss
Case No. 08-cv-108-JL

```
 1
 2
 3   Dated: 6/12/08
 4
 5
 6
 7
 8
 9
10   Dated: 6/17/08
11
12
13
14   June 19, 2008
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division
Attorneys for United States of America

RAY MOSELEY
Respondent

**IT IS SO ORDERED**
*James Larson*
Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Dismiss
Case No. 08-cv-108-JL